## Barrickman v. D. R. Lyman, City Engineer, et al.

(Decided November 11, 1913).

### Appeal from Jefferson Circuit Court
### (Common Pleas Branch, Fourth Division).

Municipal Corporations—Records—Inspection.—Under the act governing cities of the first class, all records which the officers of the city, are required to keep, either by the statute or by valid ordinances of the city, are public records; and may be inspected by any person, though desiring to bring suit against the city; but other papers, though kept by such officers, are not subject to inspection by the public.

ELMER C. UNDERWOOD for appellant.

WILLIAM J. O'CONNER, PENDLETON BECKLEY for appellees.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON—Overruling petition.

In the petition for rehearing counsel give the opinion a wider scope than we intended. (See Barrickman v. Lyman, 154 Ky., 630.) Section 2775, Kentucky Statutes, has no reference to any papers or memoranda kept by the officers of the city of Louisville, unless they are required by law to be so kept by such officers. It includes only official papers, proceedings and records of the officers and general councils of the city, which the law requires them to keep. They are public officers and all records which the law requires them to keep as such officers are by the statute made public records. Being public records they are subject to inspection by the public; and this is true although the person demanding the inspection may desire to inspect the record with the view to bringing a suit against the city; but if the officers have in their possession any papers or memoranda which are not required by law to be kept by them as official records, such papers and memoranda are not public records, and are not subject to inspection by the public. The ordinances of the city enacted pursuant to the statute governing it are part of the laws in force there, and a record kept by an officer of the city in obedience to a valid city ordinance is a public record no less than one kept in obedience to the statute.

On the return of the case to the circuit court, the demurrer to the petition will be overruled; but if the

defendant desires it, the plaintiff will be required to make her petition more specific and show the particular records she desires to inspect; so that the court may enter a judgment for the inspection of only such records as are public records, and the judgment shall be sufficiently definite for the defendant to obey it intelligently.

Petition overruled.